## 28218. REYNOLDS v. KELLEY.

UNDERCOFLER, Justice. Subsequent to the appeal in this case the appellant resigned his office of district attorney. Therefore, the question of whether he was improperly removed from office without due process of law is moot.

*Appeal dismissed. All the Justices concur.*

SUBMITTED AUGUST 24, 1973 — DECIDED OCTOBER 4, 1973.

*Peter Zack Geer, Hilliard P. Burt, D. C. Campbell, Jr.,* for appellant.

*Arthur K. Bolton, Attorney General, David L. G. King, Jr., Courtney Wilder Stanton, Dorothy T. Beasley, Assistant Attorneys General,* for appellee.